1  Stuart C. Talley (SB# 180374)
   KERSHAW CUTTER & RATINOFF LLP
2  401 Watt Avenue
   Sacramento, California 95864
3  Telephone:  (916) 448-9800
   Facsimile:  (916) 669-4499
4

5  Attorney for Plaintiffs

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  MARIA SOTO, | CASE NO. 2:06-CV-01612 MCE-DAD |
| 11           Plaintiff, | (*Consolidated Cases*) |
| 12      v. | Related with: |
|  | 2:07-cv-01630-MCE-DAD (Teague) |
| 13  GREYHOUND LINES, INC., et al. | 2:07-cv-01934-MCE DAD (Martin) |
|  | 2:07-cv-01943-MCE-DAD (Leak) |
| 14           Defendants. | **STIPULATION FOR PAYMENT OF DEPOSITED FUNDS; ORDER** |
| 15 | |
| 16 | |
| 17  DUNBAR AITKENS, | CASE NO. 2:06-CV-02077 MCE-DAD |
| 18           Plaintiff, | |
| 19      v. | |
| 20  GREYHOUND LINES, INC., et al. | |
| 21           Defendants. | |
| 22 | |
| 23  JANICE KUESTER, | CASE NO. 2:07-CV-00398 MCE-DAD |
| 24           Plaintiff, | |
| 25      v. | |
| 26  GREYHOUND LINES, INC., et al. | |
| 27           Defendants. | |
| 28 | |

-1-

| | |
|---|---|
| SADIA PUDO AWOK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-01231 MCE-DAD |
| OLGA MEADOR HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-01229 MCE-DAD |
| BETHENE M. VALLES,<br><br>Plaintiff,<br><br>v.<br><br>TU PHUOC NGUYEN,<br><br>Defendant. | CASE NO. 2:07-cv-02354-MCE-DAD |
| YVONNE LA CLAIRE,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendant. | CASE NO. 2:07-cv-00989-MCE-DAD |

| | |
|---|---|
| FLORENCE MANEZ TEAGUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC., et al.<br><br>　　　　　Defendants. | RELATED CASE<br>NO. 2:07-CV-01630 MCE-DAD |
| LARRY D. MARTIN, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC., et al.<br><br>　　　　　Defendants. | RELATED CASE<br>CASE NO. 2:07-CV-01934 MCE-DAD |
| KENNETH ALLEN LEAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYHOUND LINES, INC., et al.<br><br>　　　　　Defendants. | RELATED CASE<br>CASE NO. 2:07-cv-01943-MCE-DAD |
| AND CROSS-COMPLAINT. | |

　　　WHEREAS, this case arises from an accident involving a motor vehicle driven by Defendant TU PHUOC NGUYEN and a bus owned an operated by Defendant GREYHOUND LINES, INC;

　　　WHEREAS, plaintiffs in all of the above entitled actions were passengers on the Greyhound bus involved in the accident and each has asserted claims against both TU PHUOC NGUYEN and GREYHOUND LINES, INC. for injuries suffered in the accident;

-3-

1  WHEREAS, defendant TU PHUOC NGUYEN filed for bankruptcy and thereafter sought dismissal from this case;

2  WHEREAS, as a condition of dismissal the Court required the insurance carrier for TU PHUOC NGUYEN to interplead with this Court the sum or $50,000 which represents the policy limits for defendant TU PHUOC NGUYEN;

3  WHEREAS, said funds were deposited with the Court on or about September 23, 2009;

4  WHEREAS, all plaintiffs named in the above entitled actions have agreed on an appropriate apportionment of the $50,000.

5  IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED THAT JUDGMENT BE ENTERED IN THIS ACTION AS FOLLOWS:

The $50,000 deposited with the court shall be paid to plaintiffs and their attorneys of record and as follows:

| | |
|---|---|
| Janice Kuester and her attorneys Kershaw Cutter & Ratinoff | $ 19,249 |
| Olga Meador Herrera and her attorneys Kershaw Cutter & Ratinoff | $ 6,053 |
| Dunbar Aitkens and his attorneys Kershaw, Cutter & Ratinoff | $ 3,356 |
| Sadia Awok Pudo and her attorneys Kershaw Cutter & Ratinoff | $3,643 |
| Mary Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $345 |
| Diana Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $901 |
| Susan Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $ 896 |
| Bethene Valles and her attorneys Law Offices of Thomas Santistevan | $1,717 |
| Kenneth Leak and his attorneys Reiner, Simpson, Timmons & Slaughter | $2,601 |
| Maria Soto and her attorneys Walker, Hamilton & Koenig | $2,081 |
| Yvonne La Claire and her attorney William Kuziara | $1,665 |
| Larry Martin and his attorney Terrance Thompson | $ 3,850 |

| Florence Teague and her attorneys Vantassell, Fornasero & Wagstaffe | $ 3,642 |
|---|---|

Dated: July 21, 2010_____.        LAW OFFICES OF TERRANCE J. THOMPSON


By _____/s/_____
    TERRANCE J. THOMPSON
    P.O. Box 2189
    Sacramento, California 95812
    Telephone: (916) 442-9406
*Attorneys for Plaintiff LARRY D. MARTIN, JR.*


Dated: July 23, 2010_____.        VANTASSELL, FORNASERO & WAGSTAFFE


By _____/s/_____
    PAUL J. WAGSTAFFE
    2625 Fair Oaks Blvd., Suite 7
    Sacramento, California 95864
    Telephone: (916) 444-8633
*Attorneys for Plaintiff FLORENCE MANEZ TEAGUE*


Dated: July 21, 2010_____.        WALKER, HAMILTON & KEONIG


By _____/s/_____
    CLARISSA E. KEARNS
    50 Francisco Street, Suite 460
    San Francisco, California 94133
    Telephone: (415) 986-3339
*Attorneys for Plaintiff MARIA SOTO*

| | |
|---|---|
| Dated: July 27, 2010_____. | KERSHAW, CUTTER & RATINOFF LLP |

By _____/s/_____
　　STUART C. TALLEY
　　401 Watt Avenue
　　Sacramento, California 95864
　　Telephone: (916) 448-9800
　　*Attorneys for Plaintiffs JANICE KUESTER, DUNBAR AITKENS, OLGA MEADOR HERRERA, SADIA PUDO AWOK, DIANA TARCISYO PUNO, SUSAN TARCISYO PUNO, and MARY TARCISYO PUNO*

| | |
|---|---|
| Dated: July 21, 2010_____. | LAW OFFICES OF THOMAS SANTISTEVAN |

By _____/s/_____
　　THOMAS SANTISTEVAN
　　331 J Street, Suite 200
　　Sacramento, CA 95814
　　Telephone: (916) 553-0056
　　*Attorneys for Plaintiff Bethene Valles*

| | |
|---|---|
| Dated: July 20, 2010_____. | LAW OFFICE OF WILLIAM T. KUZIARA |

By _____/s/_____
　　WILLIAM KUZIARA
　　P.O. Box 1266
　　Santa Rosa, CA 95402
　　Telephone: (707) 546-1040
　　*Attorneys for Plaintiff Yvonne La Claire*

| | |
|---|---|
| Dated: July 21, 2010_____. | REINER, SIMPSON, TIMMONS & SLAUGHTER |

By _____/s/_____
　　ROBERT SIMPSON
　　2851 Park Marina Drive
　　Suite 200
　　Redding, CA 96001
　　Telephone: (530) 241-1905
　　*Attorneys for Plaintiff Kenneth Leak*

# **ORDER**

IT IS HERE BY ORDERED that the $50,000 deposited with the court shall be paid to plaintiffs and their attorneys of record and as follows:

| | |
|---|---|
| Janice Kuester and her attorneys Kershaw Cutter & Ratinoff | $ 19,249 |
| Olga Meador Herrera and her attorneys Kershaw Cutter & Ratinoff | $ 6,053 |
| Dunbar Aitkens and his attorneys Kershaw, Cutter & Ratinoff | $ 3,356 |
| Sadia Awok Pudo and her attorneys Kershaw Cutter & Ratinoff | $3,643 |
| Mary Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $345 |
| Diana Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $901 |
| Susan Tarciyo and her attorneys Kershaw Cutter & Ratinoff | $ 896 |
| Bethene Valles and her attorneys Law Offices of Thomas Santistevan | $1,717 |
| Kenneth Leak and his attorneys Reiner, Simpson, Timmons & Slaughter | $2,601 |
| Maria Soto and her attorneys Walker, Hamilton & Koenig | $2,081 |
| Yvonne La Claire and her attorney William Kuziara | $1,665 |
| Larry Martin and his attorney Terrance Thompson | $ 3,850 |
| Florence Teague and her attorneys Vantassell, Fornasero & Wagstaffe | $ 3,642 |

**IT IS SO ORDERED.**

DATED: July 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE